MICHAEL J. REISER (SBN 133621)
MATTHEW W. REISER (SBN 315301)
1990 N. California Blvd. Fl 8
Walnut Creek, California 94596
Telephone: (925) 285-2600
Email: michael@reiserlaw.com
matthew@reiserlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN ERIK SVENDSEN<br><br>    Plaintiff,<br>  v.<br><br>U.S. ARMY CORPS OF ENGINEERS<br><br>    Defendant. | Case No.: 3:25-cv-04010-LJC<br><br>[PROPOSED] ORDER CONTINUING DEADLINES |

The parties having jointly stipulated to continue all deadlines set forth in the Case Scheduling Order filed on August 13, 2025 (Dkt. 16) by ninety (90) days due to the furlough of Defendant's client representative as a result of the current federal government shutdown, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that all deadlines in the Case Scheduling Order (Dkt. 16) are continued by ninety (90) days. All other provisions of the Case Scheduling Order (Dkt. 16) remain in full force and effect.

**IT IS SO ORDERED.**

[PROPOSED] ORDER CONTINUING DEADLINES
CASE NO. 3:25-cv-04010-LJC

1

1  Dated: October 16, 2025

_____
LISA J. CISNEROS
United States Magistrate Judge

28 [PROPOSED] ORDER CONTINUING DEADLINES
CASE NO. 3:25-cv-04010-LJC

2